1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,

11 |     Plaintiff,

12 |   v.

13 | JONATHAN PEREZ-MARTINEZ,

14 |     Defendant.

Case No. 20-CR-2425 GPC

**JUDGMENT AND ORDER DISMISSING INFORMATION WITHOUT PREJUDICE**

15

16 |   Based on the motion of the United States to dismiss this case without prejudice, and

17 | in light of the interests of justice, it is hereby ordered that the information in the above-

18 | entitled action be dismissed without prejudice.

19 |   **IT IS SO ORDERED.**

20
21 | Dated:  April 5, 2021

22 | Hon. Gonzalo P. Curiel
  United States District Judge

23
24
25
26
27
28